IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 99-12 |
| | ) |
| CHARLES EDWARD MONTGOMERY | ) |

### ORDER OF COURT

AND NOW, this 7th day of October, 2008, upon consideration of the Government's Motion for Early Termination of Supervised Release, IT IS HEREBY ORDERED that said motion is GRANTED and defendant's period of supervised release is terminated as of the date of this order.

/s/ Gary L. Lancaster, J.
The Honorable Gary L. Lancaster
United States District Judge

cc: All Counsel
    U.S. Probation