IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 99-12 |
| | ) | |
| CHARLES EDWARD MONTGOMERY, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 31 day of May, 2011, IT IS HEREBY ORDERED that defendant's Motion to Dismiss Indictment for Failure to Take Action Under the Rules Set Forth for Interstate Agreement on Detainers [document # 61] is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record